IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

**THOMAS WILKES**, individually and
on behalf of others similarly situated,

    Plaintiffs,

v.

**CITIZENS INSURANCE COMPANY
OF THE MIDWEST**, as Indiana corporation,

    Defendants.

Case No. 1:20-cv-354

Hon. Janet T. Neff

---

| | |
|---|---|
| Nick Suciu III (P72052)<br>BARBAT MANSOUR SUCIU &<br>TOMINA, PLLC<br>Attorney for Plaintiff<br>6905 Telegraph Rd, Ste. 115<br>Bloomfield Hills, MI 48301<br>Telephone: (313) 303-3472<br>nicksuciu@bmslawyers.com | Lori McAllister (P39501)<br>DYKEMA GOSSETT PLLC<br>Attorneys for Defendant<br>201 Townsend St., Suite 900<br>Lansing, MI 48933<br>Telephone: (517) 374-9150<br>lmcallister@dykema.com |

---

## NOTICE OF PENDING DISMISSAL

The parties, through their undersigned counsel, hereby give notice that the parties intend to stipulate to dismiss this action without prejudice on or before Friday, July 17, 2020.


*/s/ Nick Suciu (w/permission)*
Nick Suciu III (P72052)
BARBAT MANSOUR SUCIU & TOMINA, PLLC
Attorney for Plaintiff
6905 Telegraph Rd, Ste. 115
Bloomfield Hills, MI 48301
Telephone: (313) 303-3472
nicksuciu@bmslawyers.com

Dated: July 14, 2020

*/s/ Lori McAllister*
Lori McAllister (P39501)
DYKEMA GOSSETT PLLC
Attorneys for Defendant
201 Townsend St., Suite 900
Lansing, MI 48933
Telephone: (517) 374-9150
lmcallister@dykema.com

Dated: July 14, 2020