**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

**THOMAS WILKES, individually and
on behalf of others similarly situated,**

       Plaintiffs,

v.

**CITIZENS INSURANCE COMPANY
OF THE MIDWEST, as Indiana corporation,**

       Defendants.

Case No. 1:20-cv-354

Hon. Janet T. Neff

| | |
|---|---|
| Nick Suciu III (P72052)<br>BARBAT MANSOUR SUCIU &<br>TOMINA, PLLC<br>Attorney for Plaintiff<br>6905 Telegraph Rd, Ste. 115<br>Bloomfield Hills, MI 48301<br>Telephone:  (313) 303-3472<br>nicksuciu@bmslawyers.com | Lori McAllister (P39501)<br>DYKEMA GOSSETT PLLC<br>Attorneys for Defendant<br>201 Townsend St., Suite 900<br>Lansing, MI 48933<br>Telephone: (517) 374-9150<br>lmcallister@dykema.com |

## STIPULATION TO DISMISSAL WITHOUT PREJUDICE

The parties, through their undersigned counsel, hereby stipulate to the dismissal of this matter without prejudice, and without costs and fees to any party.

| | |
|---|---|
| */s/ Nick Suciu (w/permission)*<br>Nick Suciu III (P72052)<br>BARBAT MANSOUR SUCIU & TOMINA, PLLC<br>Attorney for Plaintiff<br>6905 Telegraph Rd, Ste. 115<br>Bloomfield Hills, MI 48301<br>Telephone:  (313) 303-3472<br>nicksuciu@bmslawyers.com | */s/ Lori McAllister*<br>Lori McAllister (P39501)<br>DYKEMA GOSSETT PLLC<br>Attorneys for Defendant<br>201 Townsend St., Suite 900<br>Lansing, MI 48933<br>Telephone: (517) 374-9150<br>lmcallister@dykema.com |
| Dated:  July 16, 2020 | Dated:  July 16, 2020 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

**THOMAS WILKES, individually and
on behalf of others similarly situated,**

           **Plaintiffs,**

v.

**CITIZENS INSURANCE COMPANY
OF THE MIDWEST, as Indiana corporation,**

           **Defendants.**

**Case No. 1:20-cv-354**

**Hon. Janet T. Neff**

| | |
|---|---|
| Nick Suciu III (P72052) | Lori McAllister (P39501) |
| BARBAT MANSOUR SUCIU & TOMINA, PLLC | DYKEMA GOSSETT PLLC |
| Attorney for Plaintiff | Attorneys for Defendant |
| 6905 Telegraph Rd, Ste. 115 | 201 Townsend St., Suite 900 |
| Bloomfield Hills, MI 48301 | Lansing, MI 48933 |
| Telephone: (313) 303-3472 | Telephone: (517) 374-9150 |
| nicksuciu@bmslawyers.com | lmcallister@dykema.com |

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Upon the stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that this case is dismissed without prejudice and without costs or fees to any party.

SO ORDERED.

DATED:_____     _____
                                                              Hon. Janet T. Neff