**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

**THOMAS WILKES, individually and**
**on behalf of others similarly situated,**

        Case No. 1:20-cv-354

    **Plaintiffs,**

v.        Hon. Janet T. Neff

**CITIZENS INSURANCE COMPANY**
**OF THE MIDWEST, as Indiana corporation,**

    **Defendant.**

---

| | |
|---|---|
| Nick Suciu III (P72052) | Lori McAllister (P39501) |
| BARBAT MANSOUR SUCIU & | DYKEMA GOSSETT PLLC |
| TOMINA, PLLC | Attorneys for Defendant |
| Attorney for Plaintiff | 201 Townsend St., Suite 900 |
| 6905 Telegraph Rd, Ste. 115 | Lansing, MI 48933 |
| Bloomfield Hills, MI 48301 | Telephone: (517) 374-9150 |
| Telephone: (313) 303-3472 | lmcallister@dykema.com |
| nicksuciu@bmslawyers.com | |

---

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Upon the stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that this case is dismissed without prejudice and without costs or fees to any party.

SO ORDERED.

DATED: July 17, 2020        /s/ Janet T. Neff
                                                          Janet T. Neff
                                                          United States District Judge